No. 92–5107. JONES-BEY v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY. C. A. 7th Cir. Certiorari denied.

No. 92–5108. HOUGH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–5110. W. S. v. R. W. ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92–5111. RUB v. FEDERAL LAND BANK OF ST. PAUL. C. A. 8th Cir. Certiorari denied.

No. 92–5113. PITTMAN v. GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–5115. REDMEN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 92–5116. LEDET v. LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5117. LINDQUIST v. DEPARTMENT OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied.

No. 92–5118. QAHDAFI v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–5119. GADSON v. COSTELLO, SUPERINTENDENT, MID-STATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–5120. BEAL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5121. RUSSO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–5122. SINES v. SINES. Cir. Ct. Lewis County, W. Va. Certiorari denied.

No. 92–5123. WILLE v. LOUISIANA. Sup. Ct. La. Certiorari denied.